ORDERED.

Dated:  April 22, 2016

_____
Catherine Peek McEwen
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

ROGER ANTHONY DUNN  
LINDA MARY DUNN

Case No. 8:16-bk-01963-CPM

Chapter 7

    Debtors
_____/

### ORDER GRANTING U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST RELIEF FROM AUTOMATIC STAY

THIS CASE came on for consideration on the Motion for Relief from Stay filed by U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust (Document No. 8).  No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED:**

1. The Motion (Doc. No. 8) is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

> LOT 24, BLOCK 1, SUMMERLAKES, TRACTS 3, 4, AND 5, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 33, PAGES 2 THROUGH 6, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.
>
> a/k/a 4345 COLD HARBOR DRIVE  
> NEW PORT RICHEY, FL 34653

        3.      The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the debtor.

        4.      The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

        5.      Attorney's fees and costs in the amount of $626.00 are awarded for the prosecution of this Motion for Relief from Stay.

Attorney Stefan Beuge is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.