UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: Case No.: 8:16-bk-01963-CPM
Chapter 7

Roger Anthony Dunn
Linda Mary Dunn

Debtor.

---

MOTION TO SELL REAL PROPERTY AND PAY SECURED CREDITORS
(4345 Cold Harbor Drive, New Port Richey, FL 34653)

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST A HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant's attorney, Richard M. Dauval, 3900 1st Street North, Suite 100, Saint Petersburg, FL 33703, and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW Beth Ann Scharrer, Chapter 7 Trustee, by and through her undersigned counsel, and hereby moves for authority to sell certain improved real property, to pay secured creditors, and in support thereof states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).
2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.
3. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4. On March 8, 2016, the Debtors commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").
5. Beth Ann Scharrer was appointed Chapter 7 trustee (the "Trustee").
6. The Debtors own real property, by virtue of a deed, located at 4345 Cold Harbor Drive, New Port Richey, FL 34653, more particularly known as:

Lot 24 Block 1, Summer Lakes Tracts 3, 4, and 5, according to the Plat thereof, recorded in Plat Book 33, Page(s) 2 - 6, inclusive, of the Public Records of Pasco County, Florida. (the "Property").

7. The Trustee completed a title search and found that the Property is encumbered by a mortgage lien. By priority, but not including any outstanding property taxes or municipal liens, the Property is encumbered as follows:
   a. a first mortgage executed by Roger Dunn and Linda Dunn, husband and wife in favor of Harris N.A., given to secure the original principal sum of $160,000.00, dated June 27, 2008 and recorded in Official Records Book 7876, Page 362 ; as last assigned to U.S. Bank Trust, NA, as Trustee for LSF9 Master Participation Trust by instrument recorded in Official Records Book 9417, Page 3690, of the Public

Records of Pasco County, Florida. This mortgage is now serviced by Caliber Home Loans.

b. The Property may also encumbered by a lien in favor of a home owners association. Specifically, a lien in favor of Summer Lakes East Homeowners Association, Inc. recorded in Official Records Book 9391, Page 882, of the Public Records of Pasco County, Florida. The intent is to pay this lien in full as due and owing at the time of closing the sale of the Property, or an amount agreeable to the home owner's association.

8. The Trustee has accepted an offer from Elvin Ruko, a married man, (the Buyer) to purchase this home in the amount of $155,000.00, as payment in full (subject to Court and Lienholder approval). The current offer was not the only offer on the Property but is the highest offer. Moreover, the estate believes it is a fair offer for the current economy and the length the property has remained on the market.

9. Any current real property taxes will be paid prorated.

10. The sale price of $155,000.00, net the closing costs will be enough to satisfy the outstanding liens, as agreed to by the lienholder(s), that encumber the property and net the estate about $7,500.00. If the affected lienholders no longer consent to their proposed treatment they are hereby on notice that they need to object to the proposed sale of the Property.

11. The Trustee has attached a "DRAFT" Settlement Statement that outlines the proposed distribution of the sale proceeds at closing, as Exhibit "A."

**AUTHORITY TO SELL**

12. Pursuant to § 363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business. Additionally, pursuant to § 363(f) of the Bankruptcy Code, the trustee may sell property free and clear of any interest in such property of an entity other than the estate if (i) permitted under applicable non-bankruptcy law, (ii) the party asserting such interest consents, (iii) the interest is a lien and the purchase price of the property is greater than the aggregate amount of all liens on the property, (iv) the interest is subject of a bona fide dispute, or (v) the party asserting the interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest.
13. Section 363(f) of the Bankruptcy Code is stated in the disjunctive. Thus, it is only necessary for the Trustee to satisfy one of the five conditions of § 363(f).
14. The Trustee avers that he shall satisfy section 363(f) (2) insofar as all lien holders shall consent to a sale of the property under section 363(f) (2), and that he should then be authorized to sell the Property free and clear of all liens, claims, encumbrances and interests.

**CONCLUSION**

15. The Trustee, in the exercise of his business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the secured creditors. The Buyer has agreed, subject to Court approval, to pay to the Trustee the sum of $155,000.00 in exchange for the Property free and clear of all liens, encumbrances, or interests.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto:

A. Authorizing the sale of the Property and,

B. Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor or any other party claiming an interest in the Property to the Purchaser;

C. Authorizing the Trustee and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real property taxes and outstanding post-petition real property taxes pro-rated as of the closing with respect to the real property included among the purchased assets (b) any outstanding Home Owner's Association fee or assessment arrearages; and (c) other anticipated closing costs:

| | |
|---|---|
| Total Sales/Brokers Commission: | |
| 6% to Future Home Realty | $9,300.00* |

*commission is anticipated to be shared with cooperating agent from Ameri-Tech Realty, Inc.

| | |
|---|---|
| Title Charges: | $ 920.00 |
| Government recording / transfer charges: | $ 1,085.00 |
| Trustee Liability Insurance to BK Trustee Liability Insurance: | $ 650.00 |
| Other / Debits | $ 100.22 |
| (*incl. outstanding utility bill, Municipal Lien Certificate Fee*) | |
| Satisfaction of Liens: | |
| Caliber Home Loans, Inc. (home mortgage) | $ 133,035.19 |
| Home Owners Association Dues and Estoppel Letter | $ 2,939.00 |

The above anticipated closing costs and taxes are subject to per diem charges, changes in prorations, and otherwise represent approximate amounts. The Trustee seeks authority to pay these amounts, or their reasonable equivalent amounts, to the respective payees depending on the subjective per diem alteration.

D. Determining that the Buyer has not assumed any liabilities of the Debtors, and

E. Granting the Trustee such other and further relief as is just and proper.

Respectfully submitted,

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.
FBN 0664801
Leavengood, Dauval, Boyle & Meyer, P.A.
3900 1st Street North, Suite 100
Saint Petersburg, FL 33703
727-327-3328 x303

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by U.S. Mail and/or electronic delivery to:
Lien Holders: U.S. Bank Trust, NA, as Trustee for LSF9 Master Participation Trust c/o Stefan Beuge, Esquire, Stefan.Beuge@phelanhallinan.com; Summer Lakes HOA, Qualified Property Mgmt., QPM Main Office, 5901 US Hwy 19S, Suite 7, New Port Richey, FL 34752
Debtor, Roger Anthony Dunn, 4801 Rowan Road, Apt. 107, New Port Richey, FL 34653
Debtor, Linda Mary Dunn, 6149 105th Avenue North, Pinellas Park, FL 33782-2527
Debtor's Counsel, Henry O Stephenson, Esq., lawpasco@aiol.com
Chapter 7 Trustee, Beth Ann Scharrer, bscharrertrustee@gmail.com
United States Trustee, ustp.region21.ecf@usdoj.gov
Marian Garza, Exeter Finance Corp., P.O. Box 201347, Arlington, TX 76006

and all parties of interest on the Matrix attached this March 1, 2017.

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.

Label Matrix for local noticing
113A-8
Case 8:16-bk-01963-CPM
Middle District of Florida
Tampa
Wed Mar 1 14:40:21 EST 2017

Capital One Bank (USA), N.A. -
PO Box 71083
Charlotte, NC 28272-1083

Exeter Finance Corp. -
P.O. Box 167399
Irving, TX 75016-7399

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDLAND FUNDING LLC -
PO Box 2011
Warren, MI 48090-2011

Quantum3 Group LLC as agent for -
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank -
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Beth Ann Scharrer +
Trustee
PO Box 4550
Seminole, FL 33775-4550

United States Trustee - TPA7/13 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Henry O Stephenson +
Henry O Stephenson, PA
6406 Congress Street
New Port Richey, FL 34653-3410

Richard M Dauval +
LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703-6109

Richard M Dauval, Attorney for Trustee +
LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703-6109

Stefan Noah Beuge +
Phelan & Hallinan PLC
2727 W Cypress Creek Road
Ft. Lauderdale, FL 33309-1721

Heather Koch +
Phelan Hallinan, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309-1721

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catherine Peek McEwen
Tampa

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients 13
Bypassed recipients 2
Total 15

**American Land Title Association**

ALTA Settlement Statement - Combined
Adopted 05-01-2015

FileNo./Escrow No.: 16-545
Print Date & Time: 2/24/2017 @ 8:21 PM
Officer/Escrow Officer: Marlene Benner
Settlement Location:
605 E. Robinson Street #720
Orlando, Florida 32801

**Prominence Title & Escrow, LLC**

**605 E. Robinson Street #720**
**Orlando, Florida 32801**

Property Address: 4345 Cold Harbor Drive, New Port Richey, Florida 34653
Buyer: Elvin Ruko, a married man
Seller: Roger Dunn and Linda M. Dunn
Lender: CrossCountry Mortgage, Inc.

Settlement Date: 3/15/2017
Disbursement Date: 3/15/2017
Additional dates per state requirements:

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $155,000.00 | Sales Price of Property | $155,000.00 | |
| | | Deposit including earnest money | | $2,000.00 |
| | | Loan Amount | | $147,250.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $59.44 | Non Ad Valorem Taxes from 3/15/2017 to 9/30/2017 | $59.44 | |
| $180.03 | | County Taxes from 1/1/2017 to 3/14/2017 | | $180.03 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Endorsement 5.1 to Prominence Title & Escrow, LLC | $35.00 | |
| | | Title - Endorsement 8.1 to Prominence Title & Escrow, LLC | $35.00 | |
| | | Title - Endorsement FL Form 9 to Prominence Title & Escrow, LLC | $110.00 | |
| | | Title - Lender's Coverage Premium to Prominence Title & Escrow, LLC | $811.50 | |
| $860.00 | | Title - Settlement Fee to Prominence Title & Escrow, LLC | $590.00 | |
| $60.00 | | Title - Title Search Fee to Westcor Land Title Insurance Company | | |
| | | Title - Owner's Coverage Premium (Optional) to Prominence Title & Escrow, LLC | $288.50 | |
| | | | | |
| | | **Commission** | | |
| $3,100.00 | | Real Estate Commission (Buyer) to Ameri-Tech Realty, Inc. | | |
| $6,200.00 | | Real Estate Commission (Seller) to Future Home Realty | | |
| | | | | |
| | | **Government Recording & Transfer Charges** | | |
| | | Recording Fees to Simplifile | $224.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

| | | | | |
|---|---|---|---|---|
| | | Record Court Order to Sell Property to Simplifile | $45.00 | |
| $1,085.00 | | Transfer Taxes - Deed State to Simplifile | | |
| | | Transfer Taxes - Intangible Tax to Simplifile | $294.50 | |
| | | Transfer Taxes - Mortgage State to Simplifile | $515.55 | |
| | | | | |
| | | **Payoff(s)** | | |
| $133,035.19 | | Lender: Calibur Home Loans | | |
| | | Principal Balance ($133,035.19) | | |
| | | Interest on Payoff Loan () | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2016 Real Property Taxes PAID11-23 to Pasco County Tax Collector (POC by Seller: $1,014.38) | | |
| $7,500.00 | | Court Order Bankruptcy Estate Distribution to Beth Ann Scharrer, BK Trustee for the Estate of Roger & Linda Dunn | | |
| | | E-Recording Fee to Simplifile | $14.50 | |
| $2,000.00 | | HOA Dues to HOA | | |
| $939.00 | | HOA Estoppel Fee to Elite Property Research | | |
| | | HOA Post Closing Fee to HOA | $150.00 | |
| $90.00 | | Municipal Lien Certificate Fee to Elite Property Research | | |
| | | Survey & Elevation Cert to H & H Surveying | $550.00 | |
| $10.22 | | Utility Bill Due By 12/23/16- Acct #0220310 to Pasco County Utilities | | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $155,059.44 | $155,059.44 | **Subtotals** | $158,722.99 | $149,430.03 |
| | | Due From Borrower | $9,292.96 | |
| | | Due From Seller | | |

Copyright 2015 American Land Title Association.
All rights reserved.

**American Land Title Association** ALTA Settlement Statement - Combined

Adopted 05-01-2015

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Prominence Title & Escrow, LLC to cause the funds to be disbursed in accordance with this statement.

| | | | |
|---|---|---|---|
| Borrower: | ______________________________ | Seller: | ______________________________ |
| | Elvin Ruko | | Beth Ann Scharrer, as Trustee for the Estate of Roger & Linda Dunn |

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

______________________________

Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.



File #: 16-545

Printed on 2/24/2017 @ 8:21 PM